UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 09-42544
 )
**ROMEO and ERWINA** )
**VILORIA,** )
 ) **Chapter 13 Plan**
 )
_____ )
    Debtor(s)

1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee, and the debtor(s) will pay to the Trustee the sum of **$500** each month for **60 months**. Unless all allowed claims are paid in full, this Plan shall not be completed in fewer than 36 months from the first payment date. Debtor(s) do(es) [X] not elect a voluntary wage order.

2. From the payments received, the Trustee will make disbursements in accordance with the Distribution Guidelines as follows:

    (a) On allowed claims for expenses of administration required by 11 U.S.C. §507.
    (b) On allowed secured claims, which shall be treated and valued as follows:

6

| §506 | Non §506 | Name | Value of Collateral | Claim Amount | Pre Confirmation Adequate Protection | Post Confirmation Payments | Estimated Arrears | Interest Rate (If specified) |
|---|---|---|---|---|---|---|---|---|
| ☐ | [X] | American Honda Financial Services | $13,500 | $16,299 | $435 | $435 | None | Unknown |
| ☐ | [X] | Specialized Loan Servicing | $280,000 | $470,000 | $3237 | $3237 | $9,711 | 7.25% |
| ☐ | [X] | Countrywide Home Loans | $280,000 | $16,299 | $500 | $500 | $500 | Unknown |
| ☐ | [X] | Alameda County Property Taxes | $280,000 | $10,000 | $450 | $450 | $10,000 | Unknown |

With respect to secured claims per §506, valuation stated shall bind unless a timely objection to confirmation is filed. With respect to non §506 secured claims as referenced in §1325, the claim, to the extent allowed, shall control. If an interest rate is not specified, 5/6% per month (10% per annum) will be paid. A secured creditor shall retain its lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under §1328.

    (c) On allowed priority unsecured claims in the order prescribed by 11 U.S.C. §507. Priority claims shall be paid in full except to the extent allowed otherwise under 11 U.S.C. §1322(a)(4).

| | | Name | | Claim Amount | | Post Confirmation Payments | Estimated Arrears | Interest Rate |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Internal Revenue Service | | $3,935 | | $65 | $3,935 | Unknown |
| ☐ | ☐ | Franchise Tax Board | | $3,086 | | $51 | $3,086 | Unknown |

    (d) On allowed general unsecured claims the debtor(s) estimate(s) the general unsecured claims will be paid 0 %.

3. The following executory contracts are rejected. The debtor(s) waive(s) the protections of the automatic stay provided in 11 U.S.C. §362 to enable the affected creditor to obtain possession and dispose of its collateral without further order of the court. Any allowed unsecured claim for damages resulting from rejection will be paid under paragraph 2(d).

4. The debtor(s) will pay directly the following fully secured creditors and lessors:

   Specialized Loan Servicing LLC – 1st DOT on residence
   Countrywide Home Loans – Home equity LOC on residence
   Alameda Co. Property Tax – post-petition taxes
   Honda Financial Services  - Honda Odessey (equitably owned by father of W debtor)

5. The date this case was confirmed will be the effective date of the plan.

6. The debtor(s) elect(s) to have property of the estate re-vest in the debtor(s) upon plan confirmation. Once the property re-vests, the debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

7. The debtor(s) further propose(s) pursuant to 11 U.S.C. §1322(b):


Dated: March 30, 2009		/s/ Erwina Viloria
				Erwina Viloria
				(Debtor)


Dated: March 30, 2009		/s/ Romeo Viloria
				Romeo Viloria
				(Debtor)

I, Cynthia L. Cox, am legal counsel for the above-named debtor(s) and hereby certify that the foregoing Chapter 13 plan is a verbatim replica of this N.D. Cal., San Francisco and Oakland Divisions, Model Chapter 13 Plan (October 2001), promulgated pursuant to B.L. R. 1007-1.


				/s/ Cynthia L. Cox
				Cynthia L. Cox
				Attorney for Debtor